No. 74–389.   ALBEMARLE PAPER CO. ET AL. *v.* MOODY ET AL.; and

No. 74–428.   HALIFAX LOCAL No. 425, UNITED PAPERMAKERS & PAPERWORKERS, AFL–CIO *v.* MOODY ET AL. C. A. 4th Cir.   [Certiorari granted, 419 U. S. 1068.] Motion of Lawyers' Committee for Civil Rights Under Law for leave to file a brief as *amicus curiae* granted. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 74–634.   UNITED STATES *v.* NOBLES.   C. A. 9th Cir.   [Certiorari granted, 419 U. S. 1120.]   Motion of respondent for additional time for oral argument, or in the alternative for divided argument, denied.

No. 74–878.   NATIONAL LEAGUE OF CITIES ET AL. *v.* DUNLOP, SECRETARY OF LABOR; and

No. 74–879.   CALIFORNIA *v.* DUNLOP, SECRETARY OF LABOR.   Appeals from D. C. D. C.   [Probable jurisdiction noted, *ante,* p. 906.]   Motion of Florida Police Benevolent Assn. for leave to file a brief as *amicus curiae* granted.

No. A–776 (74–1185).   FIRESTONE PLASTICS CO., A DIVISION OF FIRESTONE TIRE & RUBBER CO., ET AL. *v.* UNITED STATES DEPARTMENT OF LABOR ET AL.   C. A. 2d Cir.   Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS and MR. JUSTICE POWELL took no part in the consideration or decision of this application.

No. 74–6154.   MORTON ET AL. *v.* MEACHAM, WARDEN, ET AL.   Motion for leave to file petition for writ of habeas corpus denied.